### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**LINDA THERRELL and**
**GEORGE P. COUTROS**,

                   Plaintiffs,

**v.**                                          **CASE NO. 3:04-cv-1056-J-16TEM**

**BANK OF AMERICA CORP.,**

                   Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

      This cause is before the Court upon the Amended Stipulation of Voluntary Dismissal with Prejudice (Doc. #24) filed May 27, 2005; the Stipulation of Voluntary Dismissal with Prejudice (Doc. #25) filed May 27, 2005; the Stipulation of Voluntary Dismissal with Prejudice (Doc. #26) filed May 27, 2005 and the Amended Stipulation of Voluntary Dismissal with Prejudice (Doc. #27) filed May 27, 2005. Accordingly, it is:

      **ORDERED AND ADJUDGED:**

      That the above-styled cause is hereby **DISMISSED WITH PREJUDICE**.

      The Clerk is hereby ordered to close this file.

      **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 31st day of May, 2005.

                                              _____
                                              JOHN H. MOORE II
                                            United States District Judge

Copies to:
      Counsel of Record